# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| BRIAN STEPHEN KIRABIRA, ) | |
| A89-319-256, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | 3:08-CV-0921-M |
| ) | |
| MICHAEL MUKASEY, et al., ) | |
|     Respondents. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On October 28, 2008, United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff did not file objections, but on November 5th and November 7th, Plaintiff filed documents continuing to request the same relief. Therefore, the District Court has made a *de novo* review of the proposed findings and recommendation. The Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 18th day of November, 2008.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS